## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF BETTY J. WHELCHEL, DECEASED. | No. 79350 |

THE STATE OF NEVADA,
                            Appellant,
                  vs.
NEIL WHELCHEL; AND HYGRADE
GOLD COMPANY LTD.,
                            Respondents.

**FILED**

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order appointing appellant as a special administrator pursuant to NRS 140.010. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Respondent Hygrade Gold Company, Ltd., filed a motion to dismiss this appeal arguing that the challenged order is not substantively appealable. Appellant opposes the motion and Hygrade has filed a reply. No appeal may be taken from a district court order appointing a special administrator. *See* NRS 140.020(3)(b). This court lacks jurisdiction over this appeal. Accordingly, the motion to dismiss is granted, and this court ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

[1]Appellant's request that this court convert this appeal into a petition for extraordinary relief is denied.

20-04779

cc: Hon. Michael Montero, District Judge
J. Douglas Clark, Settlement Judge
Humboldt County District Attorney
C. Nicholas Pereos, Ltd.
Rutledge Law Center Ltd.
Humboldt County Clerk